# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES M. GREEN | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. JFM-06-2376 |
| LLOYD G. MERRIAM | : | |
| Defendant | ..o0o.. | |

## MEMORANDUM

Before the court is a pro se 42 U.S.C. § 1983 complaint filed by James M. Green, a detainee at the Harford County Detention Center, against defendant Lloyd G. Merriam, District Public Defender. Also pending is Green's motion to proceed in forma pauperis. The court will grant the motion to proceed in forma pauperis, and dismiss the complaint without prejudice.

In the complaint, Green asks this court to reprimand defendant by removing him from his position as District Public Defender and to effect his disbarment. To the extent Green asks the court to mandate performance by a state officer, the complaint is more appropriately construed as an application for writ of mandamus.

Under 28 U.S.C. § 1361, federal district courts have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or one of its agencies to perform a duty owed to a petitioner. The federal district courts, however, have no mandamus jurisdiction over state employees. *See Gurley v. Superior Court of Mecklenburg County*, 411 F.2d 586, 587 (4th Cir. 1969). In this matter, defendant, as a District Public Defender, is a state employee. Accordingly, the complaint must be dismissed without prejudice for lack of jurisdiction.

Inasmuch as Green contends that he has been provided ineffective assistance of counsel, he may seek federal habeas corpus relief by filing a 28 U.S.C. § 2254 after he has exhausted state court remedies.[1]  A separate order consistent with this memorandum follows.


November 13, 2006                                            /s/
Date                                                         J. Frederick Motz
                                                             United States District Judge

---

[1] The court will direct the Clerk to mail a 28 U.S.C. § 2254 forms and information packet to Green.